703 A.2d 464

Richard FOXHILL and Anna Foxhill as Co–Administrators of the Estate of Richard A. Foxhill, Deceased and in their own right, Appellants,

v.

Shawn MARLOWE and Liberty Auto Tags and Eileen M. Nicholson and Carango Motors.

Supreme Court of Pennsylvania.

Argued Dec. 8, 1997.

Decided Jan. 7, 1998.

David A. Jaskowiak, Glenside, for Richard & Anna Foxhill.

John J. Hart, Doylestown, for Eileen Nicholson & Liberty Auto Tags.

Gerald J. Cohen, Philadelphia, for Carango Motors.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIGRO, J., dissents.